The People of the State of Illinois on the relation of Oscar Nelson, Auditor of Public Accounts of the State of Illinois, v. The Urbana Banking Company, Urbana, Illinois, on appeal of Anna O'Connor, intervening petitioner, appellant. Gen. No. 8,571.

Opinion filed February 1, 1932.

Schaefer & Dolan, for appellant. Green & Palmer, for appellee; Homer Shepherd, Jule Fritz and Oris Barth, of counsel.

Mr. Justice Eldredge delivered the opinion of the court.